IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-333 |
| v. | § § | |
| THOMSON REUTERS CORPORATION, BLOOMBERG, L.P., FACTSET RESEARCH SYSTEMS INC., INTERACTIVE DATA CORPORATION, PENSON WORLDWIDE, INC., and NEXA TECHNOLOGIES, INC, | § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned individual hereby enters his appearance as counsel of record on behalf of Defendant Thomson Reuters Corporation and service of papers should be made to the following:

>R. Floyd Walker (TX Bar No. 24044751)
>Vinson & Elkins LLP
>2801 Via Fortuna, Suite 100
>Austin, Texas  78746-7568
>Tel: (512) 542-8400
>Fax: (512) 542-8612

Dated November 9, 2009                              Respectfully submitted,

>/s/ R. Floyd Walker
>R. Floyd Walker (TX Bar No. 24044751)
>VINSON & ELKINS LLP
>The Terrace 7
>2801 Via Fortuna, Suite 100
>Austin, Texas  78746
>Tel:  (512) 542-8400
>Fax:  (512) 542-8612
>fwalker@velaw.com

>*Counsel for Thomson Reuters Corporation*

US 150431v.1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 9th day of November, 2009.

                                          */s/* R. Floyd Walker
                                             R. Floyd Walker