IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC D/B/A IXO,<br>        Plaintiff,<br><br>      against<br><br>THOMSON REUTERS CORP., et al.<br>        Defendants. | Civil Action No. 11-cv-06698 (KBF) |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR
## DEFENDANT THOMSON REUTERS CORPORATION

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** attorneys Juliet M. Dirba, Michael S. Davi and R. Floyd Walker are no longer associated with Vinson & Elkins LLP, counsel for Defendant Thomson Reuters Corporation ("Thomson Reuters") in the above-captioned action, and should be hereby removed from the service list.  Vinson & Elkins LLP continues to serve as counsel for Thomson Reuters through their undersigned attorneys of record, Constance S. Huttner, Stephanie Donahue, David J. Tobin and Syed K. Fareed, and all future correspondence and papers in this action should continue to be directed to them.

Enclosed is a Proposed Order seeking the Court's approval, in accordance with Local Civil Rule 1.4 (Withdrawal or Displacement of Attorney of Record).

Dated: May 4, 2012                                    Respectfully submitted,

/s/ Constance S. Huttner
Constance S. Huttner
Stephanie Lollo Donahue
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel:  (212) 237-0000
Fax:  (212) 237-0100
chuttner@velaw.com
sdonahue@velaw.com

David J. Tobin
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel: (214) 220-7949
Fax: (214) 999-7949
dtobin@velaw.com

Syed K. Fareed
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400
Fax: (512) 542-8612
sfareed@velaw.com

*Attorneys for Defendant Thomson Reuters Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule 5.2 via the Court's CM/ECF system on May 4, 2012, and, as such, was served on all counsel of record.

/s/ Constance S. Huttner
Constance S. Huttner