IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC D/B/A IXO,<br>    Plaintiff,<br><br>    against<br><br>THOMSON REUTERS CORP., et al.<br>    Defendants. | Civil Action No. 11-cv-06698 (KBF) |

## ORDER APPROVING WITHDRAWAL OF COUNSEL FOR DEFENDANT THOMSON REUTERS CORPORATION

The Court hereby approves of the withdrawal of attorneys Juliet M. Dirba, Michael S. Davi and R. Floyd Walker as counsel for Defendant Thomson Reuters Corporation.

Signed this _____ day of _____, _____.

_____
Hon. Katherine B. Forrest
United States District Judge